# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00305-CV

**In re Robert Troy McClure**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Robert Troy McClure has filed a pro se petition for writ of Habeas Corpus in this Court. Intermediate courts of appeals lack jurisdiction to grant habeas corpus relief from final felony convictions. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2012) (procedure for application for writ of habeas corpus); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist*., 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re Watson*, 253 S.W.3d 319, 320 (Tex. App.—Amarillo 2008, orig. proceeding). Accordingly, we dismiss McClure's petition for want of jurisdiction.[1]

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Filed:   May 14, 2013

---

[1] Relator McClure also filed a motion to only file one copy of his petition. We dismiss this motion as moot.